# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE: ANDREW D. TAYLOR,  
ATTORNEY AT LAW, BAR NO. 8688.

Case No.: 2:18-ms-00068

**ORDER OF SUSPENSION**

On August 4, 2018, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of August 9, 2018. The Order to Show Cause provided Mr. Taylor with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Taylor. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Andrew D. Taylor, Bar No. 8688, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  26  day of November 2018.

_____  
Gloria M. Navarro, Chief Judge  
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this <u>28th</u> day of November 2018, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Andrew D. Taylor
    c/o Michael J. Warhola
    Law Office of Michael J. Warhola, LLC
    625 South 6th Street
    Las Vegas, NV 89101

Certified Mail No.:   7017 3380 0000 4606 0825

    <u>/s/ Michael Zadina</u>
    Deputy Clerk
    United States District Court,
    District of Nevada