# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: Andrew D. Taylor,<br>Attorney at Law, Bar No. 8688 | Case No.: 2:18-ms-00068<br><br>ORDER OF DISBARMENT |

Attorney Andrew D. Taylor, Nevada Bar No. 8688, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed July 5, 2019. On July 26, 2019, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender - Attempted – Not Known-Unable to Forward." The Order to Show Cause provided Mr. Taylor with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Taylor. Failure to respond within 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

It is therefore ordered that Andrew D. Taylor, Nevada State Bar No. 8688, is hereby disbarred from practice in the United States District Court for the District of Nevada.

DATED THIS 19th day of September 2019.

_____
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 19th day of September, 2019, I caused to be served a true and correct copy of the foregoing Order of Disbarrment to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Andrew D. Taylor
>3631 Extreme Court
>Las Vegas, NV 89129

Certified Mail No.:   7019 0700 0001 7574 6161

>/s/ L.Quintero
>Deputy Clerk
>United States District Court,
>District of Nevada